## STATE v. CONNER*
(No. 1455; January 31, 1928; 263 Pac. 615)

APPEAL AND ERROR—BRIEFS—DISMISSAL.

1. Where no briefs were filed in case, in Supreme Court, on reserved constitutional questions from district court, in accordance with Supreme Court rule 18, which in such case requires party holding affirmative to file brief within 20 days after papers are filed in Supreme Court, and requires opposing party to file brief within 20 days thereafter, and nothing was done by either party indicating intention to prosecute action, case must be dismissed for want of prosecution.

*See Headnote: (1) 4 C. J. p. 591 n. 19.

RESERVED case from District Court, Lincoln County; JOHN R. ARNOLD, Judge.

Proceeding by the State against Lewis D. Conner. On reserved constitutional questions from the District Court.

*J. A. Christmas,* for plaintiff.

*Madden & Westover* and *Vincent Carter,* for defendant.

*Per Curiam.*

This case is here on reserved constitutional questions from the District Court of Lincoln County. It was filed on June 11, 1927. No briefs have been filed in the case in accordance with Rule 18 of this court, which in such case requires the party holding the affirmative to file a brief within twenty days after the papers are filed in this court and requires the opposing party to file a brief within twenty days thereafter. Nothing whatever has been done by either party which in any way indicates any intention to prosecute the action. The case is accordingly dismissed for want of prosecution. 4 C. J. 591.

*Dismissed.*